## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6284                                              Purchased/Filed: July 9, 2007
STATE OF NEW YORK        UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT

---

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*    Plaintiff

against

*Joint Venture Finishing Corp.*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 13, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint

on

_____Joint Venture Finishing Corp._____, the Defendant in this action, by delivering to and leaving with _____Charee Hendricks_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__  Approx. Wt: __175__  Approx. Ht: __5'10"__
Color of skin: __Black__  Hair color: __Black__  Sex: __F__  Other: _____

Sworn to before me on this

__17th__ day of _____July, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0706022

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179