UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,<br><br>      Plaintiffs,<br><br>-against-<br><br>JOINT VENTURE FINISHING CORP.,<br><br>      Defendant. | Index No.: 07-CIV-6284 (KMK)<br><br>REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

---

TO:  Clerk of the United States District Court for the
    Southern District of New York

*[STAMP: U.S. DISTRICT COURT FILED SEP 17 2007 S.D. OF N.Y. W.P.]*

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant Joint Venture Finishing Corp. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant Joint Venture Finishing Corp. for an order for an audit and in the sum of $7,561.05, which includes contributions, interest, liquidated damages, attorneys' fees, auditors' fees, court costs and disbursements.

Dated:  Elmsford, New York
     September 13, 2007

                */s/ Dana L. Henke*
                Dana L. Henke, Esq. (DLH3025)
                BARNES, IACCARINO, VIRGINIA,
                AMBINDER & SHEPHERD, PLLC
                Attorneys for Plaintiff
                258 Saw Mill River Road
                Elmsford, New York 10523
                (914) 592-1515