*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, ) Index No.: 07-CIV-6284 (KMK)
)
)
Plaintiffs, ) ORDER TO SHOW
) CAUSE FOR
) DEFAULT JUDGMENT
-against- )
)
JOINT VENTURE FINISHING CORP., )
)
Defendant. )

---

KARAS, D.J.:

Upon the annexed supporting affidavit of Dana L. Henke and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

ORDERED, that the defendant show cause at a conference to be held on the _16_ day of _October_, 2007 at _10:00_ o'clock a.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Dana L. Henke, 258 Saw Mill River Road, Elmsford, NY 10523 by the _10th_ day of _October_, 2007; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, Joint Venture Finishing Corp. by First Class Mail on or before the _27th_ day of

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED SEP 1 4 2007 USDC-WP-SDNY

_/ September_, 2007, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
       September 24, 2007

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.