## CERTIFICATE OF SERVICE

STATE OF NEW YORK          )
                           ss.:
COUNTY OF WESTCHESTER)

  I, Dawn Stefanik, being duly sworn, deposes and says:

  I am not a party to the within action, am over the age of 18 years and reside in Westchester County, New York. That on September 27, 2007, I served a true copy of the default judgment with supporting papers by mailing a true copy of same enclosed in a post-paid wrapper in an official depository by First Class Mail under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

    JOINT VENTURE FINISHING CORP.
    912 COLLEGE POINT BOULEVARD
    COLLEGE POINT, NY 11356

                _/s/ Dawn Stefanik_
                Dawn Stefanik

Sworn to before me this
27th day of September, 2007

_/s/ Christie S. Roos_
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010