UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,      )    Index No.: 07-CIV-6284 (KMK)
                                            )
                          Plaintiffs,       )    STATEMENT OF DAMAGES
     -against-                              )
                                            )
                                            )
JOINT VENTURE FINISHING CORP.,              )
                                            )
                          Defendant.        )
                                            )

---

Principal Amount Due
for the period April 11, 2006 through December 31, 2006 .............. $  2,617.23

Interest calculated at 7% per annum
through to March 5, 2007................................................ $    242.09

Liquidated Damages calculated at 10% of the principal................... $    261.73

Attorneys' Fees ........................................................ $  2,000.00

Auditors' Fees.......................................................... $  2,050.00

Court Costs & Disbursements:

    Filing Fees (Index)................................................. $    350.00
    Process Server Fee.................................................. $     40.00


**GRAND TOTAL:**........................................................ $  7,561.05