UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        )      Index No.: 07-CIV-6284 (KMK)
                                             )
                            Plaintiffs,      )      CLERK'S CERTIFICATE
      -against-                              )
                                             )
JOINT VENTURE FINISHING CORP.,               )
                                             )
                            Defendant.       )
                                             )

---

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that this action commenced on July 9, 2007 with the filing of the Summons and Complaint; a copy of the Summons and Complaint was served on defendant via New York's Secretary of State on July 13, 2007 and proof of such service thereof was filed on July 26, 2007.

I further certify that docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: White Plains, New York
              , 2007                         J. MICHAEL MCMAHON
                                             Clerk of the Court


                                             By: _____
                                                        Deputy Clerk