UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,     )   Index No.: 07-CIV-6284 (KMK)
                                          )
                    Plaintiffs,           )   DEFAULT JUDGMENT
        -against-                         )
                                          )
JOINT VENTURE FINISHING CORP.,            )
                                          )
                    Defendant.            )
                                          )

---

This action having been commenced on July 9, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant Joint Venture Finishing Corp. on July 13, 2007 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on July 26, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Seven Thousand Five Hundred and Sixty One Dollars and Five Cents ($7,561.05), which includes the following: contributions due and owing in the sum of $2,617.23 for the period April 11, 2006 through December 31, 2006; interest in the sum of $242.09 calculated at 7% per annum through to March 5, 2007; liquidated damages in the sum of $261.73 calculated at 10% of the principal; attorneys' fees in the sum of $2,000.00; auditors' fees in the sum of $2,050.00, plus court costs and disbursements of this action in the sum of $390.00.

ORDERED, that the defendant cooperate with an audit at the defendant's office located at 912 College Point Boulevard, College Point, NY 11356 and provide the following documents: payroll

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statement, and cancelled check, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State Employment report, insurance reports, disability insurance reports, workers compensation report forms and remittance reports for the period January 1, 2007 through to present and directing, that judgment be entered thereon for the amount stated in the audit including interest, liquidated damages, auditor fees and court costs and expenses.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       October 16, 2007

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.